GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Ave, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

JESSE GARCIA [061223]
Attorney for Defendant
RENE CORRAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 14-CR-0300-GEB |
| Plaintiffs, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING OF AUGUST 11, 2017 |
| vs. | |
| RENE CORRAL. | |
| Defendant. | |

Rene Corral, by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel, Justin L. Lee, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the status hearing presently set for August 11, 2017 to September 29, 2017 at 9:00 a.m.

The reason of this continuance is based on the following: Counsel for defendant, Rene Corral requires additional time to meet with Mr. Corral and discuss resolution. Therefore, the parties have agreed and respectfully request that the Court set the status hearing date of August 11, 2017, to September 29, 2017, at 9:00 a.m.

Counsel for defendant, Rene Corral further believes that failure to grant this continuance would deny defendant of reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Further, time in this case should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for adequate preparation of defense counsel and continuity of counsel, taking into account due diligence.

Respectfully submitted,

DATED: August 10, 2017     /s/JESSE GARCIA
Attorney for Defendant
RENE CORRAL

DATED: August 10,2 017     /S/JUSTIN L. LEE
Authorized to sign for JUSTIN L. LEE
Assistant United States Attorney
on August 10, 2017

## ORDER

IT IS HEREBY ORDERED that the status hearing in this case, currently scheduled on August 11, 2017, at 9:00 a.m., be continued to September 29, 2017, at 9:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to September 29, 2017, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account due diligence.

Dated: August 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge