GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 W. Winton Avenue, Suite 208
Hayward CA  94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

JESSE GARCIA [061223]
Attorney for Defendant
RENE CORRAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RENE CORRAL,<br><br>Defendant. | Case No.: 2:14-CR-00300-2<br><br>STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING DATE |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on February 2nd, 2018.  The hearing was then continued to February 16th, 2018.

2. The PSR related to this case has been completed.  However, a continuance of the sentencing date is requested by the parties and agreed to by probation officer Erica Tatum, in order to provide further time for the consideration of newly raised objections to the report.

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE
CASE NO: 2:13 CR 00040-006

4. Counsel's Written Objections to the Pre-Sentence Report Shall be delivered to the Probation Officer No Later than March 2, 2018 (four weeks before sentencing).

5. The amended Pre-Sentence Report Shall Be Filed with the Court No Later than March 9, 2018 (three weeks before sentencing).

6. Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court No Later than March 16, 2018 (two weeks before sentencing), any Reply or Statement shall be filled by March 23, 2018. (one week before sentencing).

7. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until March 30, 2018 at 9:00 a.m.

**IT IS SO STIPULATED**

Dated: February 8, 2018

/s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

/S/ Jesse Garcia
Attorney for Defendant
RENE CORRAL

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: February 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE
CASE NO: 2:13 CR 00040-006